**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
  **Plaintiff,**

 v.             Case No. 09-CR-65

**THOMAS H. BUSKE**
  **Defendant.**

## ORDER

Defendant Thomas Buske moves for early termination of his supervised release. The court may grant such relief if the defendant has served at least one year of supervision, the government is given notice and an opportunity to be heard, and termination is in the interest of justice based on the defendant's conduct and the pertinent sentencing factors under 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e)(1); United States v. Medina, 17 F. Supp. 2d 245, 245-46 (S.D.N.Y. 1998). Defendant has served one year of supervision; the government, advised of the request, does not oppose it; and based on defendant's compliance, the lack of opposition from the government and the supervising probation officer, and the entire record, I find that termination would be in the interest of justice.

  **THEREFORE, IT IS ORDERED** that defendant's motion (R. 130) is **GRANTED**.

  Dated at Milwaukee, Wisconsin, this 16th day of December, 2014.

            /s Lynn Adelman
            LYNN ADELMAN
            District Judge